IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SONIA MCCAFFREE,

    Plaintiff,

vs.                                              No. 1:17-cv-01162-RB-JHR

FARMERS INSURANCE COMPANY OF
ARIZONA, and RAMON CHAVEZ,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

That the parties have reached a mutually agreed upon resolution of all issues of law and fact in this case. The agreed upon resolution is intended to resolve and effect a full and final release of any and all claims, causes of action, and counterclaims that were brought or that could have been brought herein by and between the parties to this lawsuit. The parties have agreed that any and all claims, causes of action, and counterclaims that were brought or that could have been brought herein by and between the parties are to be dismissed with prejudice. The parties have also agreed to bear their own costs and attorneys' fees and have asked this Court to issue an order of dismissal with prejudice dismissing the Complaint for Damages for Personal Injuries, for Uninsured Motorist Coverage, for Insurance Bad Faith, for Breach of New Mexico Insurance Code and New Mexico Unfair Trade Practices Act.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. The Complaint is dismissed with prejudice.

2. All claims, causes of action, and counterclaims that have been asserted or that could have been asserted herein by and between the parties are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

APPROVED:

**RILEY, SHANE & KELLER, P.A.**

   */s/ Courtenay L. Keller*
**COURTENAY L. KELLER**
*Attorneys for Defendants*
3880 Osuna Road, NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rsk-law.com

-and-

  *Approved via email 08/14/2018*
**SCOTT VOORHEES**
PO Box 6340
Santa Fe, NM 87502
(505) 820-3302
*Attorney for Plaintiff*
voorhees@cybermesa.com

2